UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS STEINBERG,<br><br>    Plaintiff,<br><br>  v.<br><br>SUNBELT TRANSFORMER COMPANY, A CALIFORNIA CORPORATION; RANDALL MADDOX, AN INDIVIDUAL; AND DOES 1-50,<br><br>    Defendants. | Case No. CV 07-4226 MMM (AJWx)<br><br>**ORDER RE: STIPULATION FOR PROTECTIVE ORDER**<br><br>**RULE 26(C), F.R.C.P.** |

  GOOD CAUSE APPEARING from the parties' stipulation for a protective order, the terms of the stipulation are hereby approved.

  IT IS ORDERED.

DATED: April 7, 2008           /s/
                   Hon. Andrew J. Wistrich
                   Magistrate Court Judge
                   Central District of California

**Case No. CV 07-4226 MMM (AJWx)**